# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK MUTUAL INSURANCE CO. | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| DONALD HALL, Individually | : NO. 15-CV-3354 |
| and trading as HALLSTONE, INC. | : |
| and MARIE A. HALL, Individually | : |
| and trading as HALLSTONE, INC. | : |
| and HALLSTONE, INC. and | : |
| R. LEE HULKO and BRADLEY B. FAIR | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 26th day of October, 2017, following the Non-Jury Trial held before the undersigned on April 24, 2017 and for the reasons outlined in the preceding Decision, and the Court having found that coverage is in effect under the insurance polices at issue in this case, it is hereby ORDERED that JUDGMENT be and is ENTERED in favor of Defendants and against Plaintiff on Plaintiff's Complaint, Plaintiff is hereby DIRECTED to continue to provide a defense and, in the event that judgment is entered against Defendants Donald and Marie Hall, and/or Hallstone, Inc. in the case of <u>Hulko and Fair v. Hall, et. al.</u>, No. 2015-01587, in the Court of Common Pleas of Bucks County, Pennsylvania, is FURTHER DIRECTED to indemnify the said Defendants up to and in accordance with the limits of liability established under the

said Frederick Mutual insurance policies.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,          J.